FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

PD-0022-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/11/2015 1:23:59 PM
Accepted 8/11/2015 1:28:43 PM
ABEL ACOSTA
CLERK

**No. PD-0019-15**
**No. PD-0020-15**
**No. PD-0021-15**
**No. PD-0022-15**

_____

IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

**STATE OF TEXAS, APPELLANT**

**v.**

**ALBERT G. HILL III, APPELLEE**

_____

On Discretionary Review from
Nos. 05-13-00421-CR-180, 05-13-00423-CR,
05-13-00424-CR, and 05-13-00425-CR from the
Fifth District Court of Appeals at Dallas

_____

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLANT'S OPENING BRIEF**

_____

Charles "Chad" Baruch
Texas Bar Number 01864300
LAW OFFICE OF CHAD BARUCH
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-mail: baruchesq@aol.com

*District Attorney Pro Tem of Dallas County,
Texas*

**TO THE HONORABLE TEXAS COURT OF CRIMINAL APPEALS:**

1.      The State's opening brief is due on August 26, 2015. This is the State's first extension request for its opening brief.

2.      The Dallas County District Attorney's Office has recused itself from this case. The undersigned counsel was appointed District Attorney Pro Tem on March 12, 2015.

3.      In addition to his ordinary workload, the undersigned counsel has had, and still has, several briefs due during the time period since receiving Mr. Hill's brief in this case, including: (1) Petitioners' Reply Brief on the Merits in a complex home-schooling case in the Supreme Court of Texas (No. 14-0732), (2) Appellees' Brief in the Amarillo Court of Appeals (No. 07-15-00128-CV), (3) Appellees' Brief in the Dallas Court of Appeals (No. 05-15-00529-CV), (4) a reply in support of a rehearing motion in the Supreme Court of Texas (No. 15-0120), and (5) Appellants' Reply Brief in the El Paso Court of Appeals (No. 08-11-00182-CV). As result, counsel cannot complete the State's brief by August 26, 2015.

4.      The State of Texas therefore seeks a 30-day extension of time to file its opening brief, to September 25, 2015.

5.      Appellee does not oppose this motion.

Respectfully submitted,

/s/Charles "Chad" Baruch
THE LAW OFFICE OF CHAD BARUCH
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
Email: baruchesq@aol.com

*Counsel for State of Texas*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that that this motion was prepared using Microsoft Word for Mac, and that the software program word count tool indicates that this motion contains a total of 181 words exclusive of the cover, signature block, and certificates.

/s/Charles "Chad" Baruch

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Michael Mowla, lead counsel for Mr. Hill, who stated he does not oppose this request.

/s/Charles "Chad" Baruch

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of this instrument was served this 11th day of August, 2015, upon the following counsel of record:

Michael Mowla
445 East FM 1382, Suite 3-718
Cedar Hill, Texas 75104
michael@mowlalaw.com


/s/Charles "Chad" Baruch